UNITED STATES, Plaintiff–Appellee,

v.

Alice WOODS, Defendant–Appellant.

No. 00–10422.
D.C. No. CR–97–00015–FRZ.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.[1]

Decided June 5, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Izzedin ASAD, dba XyzzT Enterprises,
Plaintiff–Appellant,

v.

PIONEER BALLOON, a Corporation of
the State of Kansas, dba Pioneer An-
sell Worldwide; Tubeworks, Inc., a
Corporation of the State of California,
Defendants–Appellees.

No. 99–35822.

D.C. No. CV–98–00059–DWM (RFC).

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 12, 2001.

Decided June 5, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

## MEMORANDUM [2]

Alice Woods appeals from the revocation of her supervised release and the court's imposition of a 15 month sentence. Woods contends that the district court erred by ruling that the exclusionary rule did not apply to supervised release revocation hearings. Wood's contention is foreclosed by our decision in *United States v. Hebert*, 201 F.3d 1103 (9th Cir.2000). To the extent that Woods contends that *Hebert* was wrongly decided, we cannot reconsider or overrule the decision of a prior panel. *See United States v. Gay*, 967 F.2d 322, 327 (9th Cir.1992).

AFFIRMED.

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.